A. Tedford against Solomon Lichtenstein. No opinion. Motion granted to the extent stated in memorandum per curiam. Settle order on notice. See, also, 131 App. Div. 805, 116 N. Y. Supp. 361.

TEMPLE, Respondent, v. ALTMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by David Temple against Moritz Altman and another. No opinion. Judgment and order unanimously affirmed, with costs.

In re TEXTER. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application of William Texter. No opinion. Order of the Special Term affirmed, without costs.

THOMAS, Respondent, v. CENTRAL CROSSTOWN R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by George H. Thomas against the Central Crosstown Railroad Company.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $2,250, in which case the judgment, as modified, and order, are affirmed, without costs.
HIRSCHBERG, P. J., votes for affirmance.

THOMPSON, Respondent, v. STANDARD FASHION CO., Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by Cora D. Thompson against the Standard Fashion Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THORNE et al. v. CAREY et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Richard Van Wyck Thorne and others, as executors, etc., against Henry T. Carey and others, as executors, etc. No opinion. Motion to dismiss appeal denied, with costs.

TIERNEY, Respondent, v. DUBROFF et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Thomas F. Tierney against Jacob S. Dubroff and others. No opinion. Judgment of the County Court of Queens county affirmed, with costs.

TILLY, Respondent, v. SUPKOWSKI, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Henry Tilly against Joseph Supkowski.
PER CURIAM. Judgment affirmed, with costs.
ROBSON, J., dissents.

TITLE GUARANTEE & TRUST CO., Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by the Title Guarantee & Trust Company against Max Brown. No opinion. Order of the Municipal Court affirmed, with $10 costs and disbursements.

TITLE GUARANTEE & TRUST CO., Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) In the matter of supplementary proceedings in an action by the Title Guarantee & Trust Company against Max Brown. No opinion. Motion to dismiss appeal denied, with costs.

TITLE GUARANTEE & TRUST CO. v. BROWN. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) In the matter of supplementary proceedings in an action by the Title Guarantee & Trust Company against Max Brown. No opinion. Motion denied, without costs.

TONKONOGY et al. v. FUCHS et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by George Tonkonogy and another against Abraham Fuchs and others. No opinion. Judgment, in so far as appealed from, affirmed, with costs.

TOWN OF HEMPSTEAD, Respondent, v. LAWRENCE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by the Town of Hempstead against Newbold T. Lawrence, individually and as executor, etc., and others, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs.

TOWN OF HEMPSTEAD, Respondent, v. LAWRENCE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by the Town of Hempstead against Newbold T. Lawrence, individually and as executor, etc., and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, supra.

TRACY, Appellant, v. PENDLETON, Corp. Counsel, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by De Witt C. Tracy against Francis K. Pendleton, as Corporation Counsel, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements. BURR, J., votes to affirm on the authority of Briggs v. Lahey, 101 App. Div. 136, 91 N. Y. Supp. 576.

TRAKTMAN et al., Appellants, v. CUTRANEO et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Benjamin Traktman